# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL D. TURNER

NO. 2022 KW 0414

**JULY 5, 2022**

---

In Re:    Michael D. Turner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-93-0388.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion to Lift Stay," filed February 18, 2022, on or before August 2, 2022. A copy of the district court's action shall be filed in this court on or before August 10, 2022.

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT